```
 1
 2
 3
 4
 5
 6
```



```
 7                    UNITED STATES DISTRICT COURT
 8                   SOUTHERN DISTRICT OF CALIFORNIA
 9   UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR1930-JLS
                                    )
10              Plaintiff,          )   I N F O R M A T I O N
                                    )
11         v.                       )   Title 8, U.S.C., Sec. 1325 -
                                    )   Illegal Entry (Misdemeanor);
12   ANGEL RAMON BARRAZA-ARBALLO,   )   Title 8, U.S.C., Sec. 1325 -
                                    )   Illegal Entry (Felony);
13              Defendant.          )   Title 8, U.S.C., Sec. 1325 -
                                    )   Illegal Entry (Felony)
14   _____)
```

15   The United States Attorney charges:

16                                Count 1

17   On or about _____May 2003_____, within the Southern

18   District of California, defendant ANGEL RAMON BARRAZA-ARBALLO, being

19   an alien, unlawfully entered or attempted to enter the United States

20   at a time and place other than as designated by immigration officers,

21   and eluded examination and inspection by immigration officers, and

22   attempted to enter or obtained entry to the United States by a

23   willfully false or misleading representation or the willful

24   concealment of a material fact; in violation of Title 8, United States

25   Code, Section 1325, a misdemeanor.

26   //
27   //
28   //

CJB:es:San Diego
5/27/08

Count 2

On or about ___2/1/04___, within the Southern District of California, defendant ANGEL RAMON BARRAZA-ARBALLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about May 13, 2008, within the Southern District of California, defendant ANGEL RAMON BARRAZA-ARBALLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 6/12/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

2