KAREN P. HEWITT
United States Attorney
AMIE D. ROONEY
Assistant United States Attorney
California State Bar No. 215324
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-6964 (Telephone)/619 557-5551 (Fax)
Email: amie.rooney@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Case No. 08cr1930 JLS |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ANGEL RAMON BARRAZA-ARBALLO | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. There are no other government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

    Please feel free to call me if you have any questions about this notice.

    DATED: August 25, 2008.

                                        KAREN P. HEWITT
                                        United States Attorney

                                        /s/Amie D. Rooney
                                        AMIE D. ROONEY
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>ANGEL RAMON BARRAZA-ARBALLO,<br><br>                Defendant. | Criminal Case No.08cr1930 JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

      I, Amie D. Rooney, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 25, 2008, and this Certificate of Service, dated August 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them.

      1.    None.

      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

      1.    Angel Ramon Barraza-Arballo, [*Pro Se* Defendant]
              BOP Reg. No. 30183-112
              P.O. Box 6900
              Florence, AZ 85232

      I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 25, 2008.

                                                      /s/Amie D. Rooney
                                                      AMIE D. ROONEY
                                                      Assistant United States Attorney

Certificate of Service
United States v. Angel Ramon Barraza-Arballo                              08cr1930 JLS